# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Derrick Alvin Blair # 506343

             )
             )
             )
             )

(Enter above the full name of the
Plaintiff(s) in this action. Include prison
registration number(s).)

             )
             )

v.

             )

Deputy Sean Brown # 473
of Troy mo. Lincoln co. ;
pat colbert, Elsberry police
officer # 208 ; canine

             )
             )
             )
             )

Villa / Individual ; Official Community against all Defendants.

(Enter above the full name of **ALL** Defend-
ant(s) in this action. Fed. R. Civ. P. 10(a)
requires that the caption of the complaint
include the names of all the parties. Merely
listing one party and "et al." is insufficient.
Please attach additional sheets if necessary.

             )
             )
             )
             )
             )
             )

– Claims –

Diliberate Indifference to serious Medical needs,
Due Process, via medical channel, Abuse of offende
via Statue 217.410; police Brutality and use of
unecessary force, Interference with Medical
Treatment by all Defendants, Discrimination
racial motivated Hate crime false incarration
falsfly accused wrongfully Jailed malious prosecut

Case No. _____
(To be assigned by Clerk)

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

I.    PLACE OF PRESENT CONFINEMENT:

C/o Lincoln County Jail 65 Business park Drive Troy mo.
63379

II.    PREVIOUS CIVIL ACTIONS:

    A.    Have you brought any other civil actions in state or federal court dealing with the
          same facts involved in this action or otherwise relating to your confinement?

                 YES  [   ]               NO  [✕]

B.     If your answer to "A" is YES, describe the action(s) in the space below. If there is more than one action, you must describe the additional action(s) on a separate piece of paper, using the same format as below.

1.     Parties to previous civil action:

Plaintiff(s): *none* _____

_____

Defendant(s): *none* _____

_____

2.     Court where filed: *none* _____

3.     Docket or case number: *none* _____

4.     Name of Judge: *none* _____

5.     Basic claim made: *none* _____

_____

_____

6.     Present disposition (Is the case still pending? Is it closed? If closed, was it appealed?):

*none* _____

III.    GRIEVANCE PROCEDURES:

A.     Is there a prisoner grievance procedure at the institution in which you are incarcerated?

YES  [  ]             NO   [✗]

B.     Have you presented this grievance system the facts which are at issue in this complaint?

YES  [  ]             NO   [✗]

C.   If your answer to "B" is YES, what steps did you take: *none Just went to trial with it, Got this out because police never showed up once in the 14 months this has been going on.*

D.   If your answer to "B" is NO, explain why you have not used the grievance system:

*here at Lincoln co. Jail doesn't have the grievance system*

## IV.   PARTIES TO THIS ACTION:

A.   Plaintiff(s)

1.   Name of Plaintiff: *Derrick Alvin Blair*

2.   Plaintiff's address: *308 South 5th st. Elsberry mo. 63343*

3.   Registration number: *16980   2009*

4.   Additional Plaintiff(s) and address(es): *1st 508 South 5th st. Elsberry mo. 63343. 2nd 201 South 7th st. Elsberry mo. 63343.*

B.   Defendant(s)

1.   Name of Defendant: *Deputy Sean Brown #473 / pat colbert*

2.   Defendant's address: *N/A*

3.   Defendant's employer and job title: *Lincoln county sheriff's department Troy, mo 63379*

4.   Additional Defendant(s) and address(es): *officer pat colbert #208 Elsberry police department*

V. COUNSEL

    A.    Do you have an attorney to represent you in this action?

        YES  [ ]            NO  ☒

    B.    If your answer to "A" is NO, have you made an effort to contact an attorney to represent you in this matter?

        YES  ☒            NO  [ ]

    C.    If your answer to "B" is YES, state the name(s) and address(es) of the attorneys you contacted and the results of those efforts:

        *mr. charlie James LLC 14 Richmond center court St. peters mo. 63376*

        *Legal Services 4232 forest park ave St. louis mo. 63108*

        *The Bar association of Jefferson city mo. (none)*

    D.    If your answer to "B" is NO, explain why you have not made such efforts:

        *[crossed out]*

    E.    Have you previously been represented by counsel in a civil action in this Court?

        YES  [ ]            NO  ☒

    F.    If your answer to "E" is YES, state the attorney's name and address:

        *mr. charlie James LLC 14 Richmond center court St. peters mo. 63376 Legal services 4232 forest park St. louis mo. 63108*

        *The Bar association of Jefferson city mo*

-4-

VI. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You may use additional paper if necessary):

paragraph 1   I Dennis Alvin Blair was assaulted by Lincoln co Law Enforcement. officer pat colbert # 208 and Sean Brown # 473 deputy Both of Lincoln co. officer Brown : colbert entered my Grand mother trailer

paragraph 2   owned by my Grand mother alvina Irving. officer Brown tased me once then told his canine nikko, Get the Black Bastard nikko Get that nigger, Get his Black

paragraph 3   ass. officer Brown tased me a second time, : then ordered nikko to do ~~so~~ so again, I was

paragraph 4   bitten over : over ; over again as officer colbert was kicking my ribs and lower Body. I was bit in the Butt, right arm time : time, my right Shoulder left arm, Stomach, left leg, all over my Body,

paragraph 5   close to my private part. Lincoln Co. Jailers took pictures then while in hand cuffs officer colbert : officer Brown asked me some questions, i didn't answer them, officer Brown ~~too~~ But mad took his flash light out busted my head while I was in hand cuffs then told me to the police car : tased me a third time. alot of people were there. wouldn't let me be seen by Eldberry E.M.T. service

-5-

paragraph #1

July 4th, Deputy Sean Braun # 473 entered my Grandmother['s] visiter, I was in the cloth room, Deputy Braun tased me with his x26 taser then stopped ; told his canine nikko Get the Black Bastard, Get the nigger, Get his Black ass. nikko Bit me all over my body, then officer Braun calls his canine nikko ; tased me again; after the second time of being tased officer Braun ordered his canine to attack me again nikko did.

paragraph #2

while canine nikko carried out his order from Deputy Braun biting me time and time again officer colbert was kickin me in the ribs ; face body

paragraph #3

officer Braun ; officer colbert Got mad at me Because I wouldn't answer any questions, then took his Flash Light ; crushed my nose while I was already in hand cuffs in front of lots of people then took me to the Lincoln co police car ; tased me a third time.

paragraph #4

Elsberry ambulance was on the scene, But Lincoln co police wouldn't let me be checked out by them, instead I was put in Lincoln co police car then taken to troy medical in Troy mo. pictures were taken.

paragraph #5

entering Lincoln co Jail, Shift commander nikko took several pictures of my injuries ; put them in evidence Box.

I Derrick Blair Believe that my rights have been
violated due to racial name calling in which people heard
the beating & victim of officer, (colbert) in which the dog
continue to impose such act. I Derrick Blair feel the
right to be free from cruel and unusual punishment
they imposed on me from busting my head when I didn't
do any thing, all the many times I was bitten by the
dog, being tased and called nigger, dark meat, black bastard.
all a racial act.      emotional distress

Derrick Blair

- my claims -

Diliberate indifference to serious medical needs
Due process, via medical channel, abuse of offender
via statue 217. 410 police brutality and use of unecessary
force. interference with medical treatment by all defenders
Discrimination malicus prosecution

Defendents:

<u>Lincola co sheriffs Department</u>
mr. Sean Brain # 473 Troy mo. 63379

<u>Elsberry mo police Department</u>
mr. pat colbert # 208 Elsberry mo 63334

I Derrick Alvin Blair, believe I was
involved in, a racial civil rights violation
Ethnic intemination by both the abore said
officers. on or about the 4th Day of July 2009
officer mr. Sean Brain enter my Grandmothers
trailor, I was in the bath room. officer never
mentioned I was under arrest, asked to see my
hands, as I was moving my hands to where he
could see them, he pulls the trigger on his taser,
tasing me. after the first cycle deployed, mr.
Brain Gave this order to his k-9 nikko. "sick him nikko"
"get the nigger" "get his black ass". nikko starts
attacking me bittin me in my right thigh area,
Lower right Leg, upper right arm, right shoulder,
Stomach area right side. after the first session
of the dog bite, officer Sean Brain # 473 deployed
another cycle of his taser into me, using a Second
order for the attack from k-9 nikko, using the

(2)

Racial Tusters, "Get the Black Bastard"
"Get his Black ass", "yeah nikko loves dark meat"
"Whats a Boy nikko" Good Job! While I was fighting
off the dog from bitting me in the face; throught
once, officer colbert kicks me in the ribs on my
right side then stomps on my head; neck with all
of his weight calling me a worthless no good nigger,
as I begged them to stop. I now have problems
with my neck; I never had a problem befor until
this happend.

I fell thru the flooring, the officers were pulling
; yanking me by the hand cuffs which were behind
my back causing injuries to both of my shoulders.
New outside people heard all the racial names being
made toward me. (please keep in mind) What I'm
already handcuffed Baught outside infront of
witnesses, as officer Sean Brown pulls his meg light
; hits me in the Back right side of the head, splitting
my head causing a bigger mess.

Elsberry ambulance was on the scene, But Lincoln co
police along with elsberry police wouldn't allow me to be
seen by them, instead the officers put me in the
Lincoln co police car, where I was tased a 3rd time

with a hand taser when put in a 3rd police
car when transported by the lincoln co
police as I was requesting to be seen by medical.
Troy medical center cleaned some of my injuries
Troy medical didn't x ray my side where I was
kicked by officer colbert, didn't x-ray neither
shoulder where they pulled me out of the flooring
of my Grandmothers trailer (I was 210 pounds at the time)
inwhich I now have problems with, for my head
it should have been stitched up, Troy medical center
only wrapped it.
    entering lincoln co Jail the Jailor mike said, Blair
Im going to have to take photo's of you, because this
was the way you came in, plus this covers our ass here
the words from the Jailor. These officers turned this story
around, I ended up with an assault on law enforcement
officer class felony. These officers were giving time
; time ; time again to face me in court, these police never
showed up once in 14 months, I ended up beating the case
But never had my day in court with these two officers as
to why all this happend, I hope that I can get Justice ;
my day in court with them for what they put me thru
                - Claims -
Diliberate indifference to serious medical needs, due process via
medical channel. abuse from officers via Statue 217.410 police
brutality, use of unnecessary force, interference with medical Treatment, by

wrongfully jailed. my life has changed more
then any thing, Im now in prison for a
crime that never happend in the first place
if violated my probation, I have memories of
the bittings from the K-9 dog. physical health
problems due to this action. mass on my rib
cage scare in my head, Two bad shoulders back problems
all caused from the said officers. however
I do pray every night & day that I some how
some way would get Justice & clouser from all
what I endured.

Thanks for your time

Danielle alvin Blair

witness:

crystal powell 109 South 6th St. Elsberry mo. 63343
Sharron Bradly 395 B Love Lace Lane Elsberry mo. 63343
Brooklyn Snyder (same address)
Elsberry mo. E.m.t. (for all injuries)
Sandy Webster 207 South 7th St. Elsberry mo. 63343
Kyle Blair 308 South 5th St. Elsberry mo. 63343
Julia powell Same as crystal powell
S.O.T. McCoy Lincoln co police Department Troy mo. 63379
Troy medical center Troy mo. 63379

## VII. RELIEF

State briefly and exactly what you want the Court to do for you. Do not make legal arguments. (Note: If you are a **state** prisoner and you seek from this Court relief that affects the length or duration of your imprisonment, your case **must** be filed on a § 2254 form.)

I want the courts to right the wrongs. By punitive damages violating my rights police Brutality Diliberate Indifference to Serious medical needs. due process via. medical channel. abuse of offender via statue 2.17.410 police Brutality and use of uneccessary force. Interfeance with medical Treatment by all defenders discrimination, racial motivated hate crime, false

## VIII. MONEY DAMAGES: incarration, falsely accused wrongfully Jailed.

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES ☒        NO ☐

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

my rights violated as a person. hate crime by officer calling me out of my charter. Dark meat, nigger, Black, Bastard. Bitten all over my body by police dog. Busting my head. while I was in hand cuffs shoulders injured By police neck inju.

## IX. Do you claim that the wrongs alleged in the complaint are continuing to occur at the present time?

YES ☒        NO [ ]

_____                _3-23-2010_
Signature of attorney or pro se Plaintiff(s)         Date

Charlotte Lynn Schroeder
Notary Public - Notary Seal
State of Missouri
Pike County
Commission # 09807960
My Commission expires 12/29/2013

-6-

Charlotte Lynn Schroeder

3-23-10

## Certificate of Service

I hereby certify that a copy of the foregoing was mailed

to _____ at _____
(Opposing Party or Counsel)

_____

_____
(Address)

on ___9-8-10___, 20__.
(Date)

_Donald Blair_
(Your Signature)

Defendents:

    <u>Lincoln co Sheriffs Department</u>
    <u>mr. Sean Brown # 423 Troy mo.</u>

    <u>Elsberry mo police department</u>
    <u>mr. pat colbert # 208. Elsberry mo</u>

Exhibit 1   I Derricko Alvin Blair, Believe I was involved in a racial civil rights violation, Ethnic intemination by both the above said officers. on or about the 4th Day of July 2009, officer mr. Sean Brown enter my Grandmothers trailer, I

exhibit 2  was in the Bath room. officer never once mentioned I was under arrest, asked to see my hands as I was moving my hands to where he could see them, he pulls the trigger on his taser, tasing me. after the

exhibit 3  first cycle, deployed me. Brown gave this order to his k-9 dog nikko. "Sicko him nikko" "Get that nigger" "Get his Black ass" nikko starts attacking me Bitin me in my right thigh area, lower right leg, upper right arm, right Shoulder, Stomach area right side. after the first session of the dog Bite, officer Sean

exhibit 4  Brown # 423 deployed another cycle of his taser into me, using a second order for the attack from k-9 nikko, using the racial Gusters; "Get the Black Bastard" "Get his Black ass" "yeah nikko loves Dark meat

racial slurs, "Get the Black Bastard"
"Get his Black ass", "yeah nikko likes dart meat"
"thats a boy nikko" Good Job! While I was fighting
off the dog from biting me in the face; throught
exhibit 5 area, officer colbert kicks me in the ribs on my
right side then stomps on my head; neck with all
of his weight, calling me a worthless no good nigger
as I begged them to stop. I now have problems
with my neck; I never had a problem befor until
this happend.

exhibit 6 I fell thru the flooring, officer were pulling;
yanking me by the handcuffs which were behind
my back causing injuries to both of my shoulders
the outside people heard all the racial games being
made toward me. (please keep inmind) that im
already handcuffed caught outside infront of

exhibit 7 witnesses as officer Sean Bram pulls his mag light
; hits me in the Back rightside of the head, splitting
my head causing a bigger mess.

exhibit 8 Elsberry ambulance was on the scene, But Lincolnco
police along with Elsberry police wasidn't allow me to be
seen by them, instead the officers put me in the
lincoln co police car, where I was tased a 3rd time

Tray medical center cleaned some of my injureys
Tray medical didn't x-ray my side where 5 was
kicked by officer rolbert, didn't x-ray neither
shoulder where they pulled me out of the flooring
of my Grandmothers trailer (5m was 275 pounds at the time)
in which 5 now have problems with, for my head, it
should have been stitched up, Tray medical center only
wrapped it.

exhibit 9

entering Lincoln co Jail the Jailor mike said, Blair
5m going to have to take photos of you, because this
was the way you came in : plus this covers our ass
here the words from the Jailor. These officers turned
this story around ; 5 ended up with an assault on
law enforcement officer class c fendy. These officers
were giving time : time : time again to face me in court,
these police never showed up once in 14 months 5 ended
beating the case but never had my day in court with
these two officers as to why all this happend ; 5
hope that 5 can get justice : my day incourt with
them for what they put me thru.

exhibit 10

exhibit 11

- Clams -

Diliberate Indifference to Serious medical needs, due process via
medical channel. abuse from officers via State 217. 410 police
Brutality ; use of unneccessary force, interference with medical
Treatment, by all Defendants. Discrimination, racial motevated Hate
crime. false incarration, ~~Red~~ falsly accused of a crime 5 didn't commett.

all Defendants. Discrimanation, racial motervated Hate crime. falst incarration. falst accused of a crime I didn't committ. wrongfully Jailed. my life has changed more than any thing, Im now in prison for a crime that never happend in the first place, it violated my probation I have memories of the sittings from the K-9 physical health problems due to this action. mess on my rib cage scared in my head, Two bad shoulders Back problems all caused from the said officer. however I do pray every night + day that I some how, some way would get Justice + clower from all that I endured.

Thanks for your time
Kendie Calven Blair

Witness :

Crystal pavell 109 South 6th St. Elsbury mo. 63343
Sharron Bradley 395 "B" Love Lace Lane Elsbury mo.
Brooklyn snyder Same address
Elsbury mo. E.M.T. (for all injuries)
Gary webster 207 South 7th Street Elsbery mo.
Kyle Blair 308 South 5th Street Elsbery mo
Julian pavell Same address as crystal pavells
S.S.T. mccoy Lincoln co police Department Tray mo. 63379
Troy medical center. Troy, mo. 63379

VII.   RELIEF

State briefly and exactly what you want the Court to do for you. Do not make legal arguments. (Note: If you are a **state** prisoner and you seek from this Court relief that affects the length or duration of your imprisonment, your case **must** be filed on a § 2254 form.)

I want the courts to right the wrong, by punitive damages violating my rights police brutality, declatory releaf Dilibenate indifference to serious medical needs. due process, via. conjuntive releaf medical channel, abuse of offender via statue 217.410 police brutality and use of unccessary force. interfearence with medical treatment By all defendants. Discrimination racial motovated hate crime falst incamation foslhy accused wrongfully Jailed

VIII.   MONEY DAMAGES:

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES ☒        NO ☐

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:    $ 75. Million Dollars

my rights violated as a person, hate crime By officer calling me out of my charter. Dark meat, nigger, Black Bastard. Bitten all over my Body By police dog. police Busting my head while I was in hand cuffs. Shoulder injured from police, neck injury

IX.   Do you claim that the wrongs alleged in the complaint are continuing to occur at the present time?

YES ☒                NO [ ]

_____
Signature of attorney or pro se Plaintiff(s)

3-23-2010
Date

Charlotte Lynn Schroeder
Notary Public - Notary Seal
State of Missouri
Pike County
Commission # 09807960
My Commission expires 12/29/2013

-6-

Charlotte Lynn Schroder
3-23-10