UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DERRICK ALVIN BLAIR, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:10CV1973 JCH |
| SEAN BROWN and PAT COLBERT, | ) |
| Defendant(s). | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendants' Motion for Summary Judgment is **GRANTED** in part, and Plaintiff's claim for deliberate indifference to serious medical need is **DISMISSED** with prejudice.

Dated this 21st day of December, 2011.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE