UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DERRICK ALVIN BLAIR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:10CV1973 JCH |
| | ) |
| SEAN BROWN, and | ) |
| PAT COLBERT | ) |
| | ) |
| Defendants. | ) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW, all parties, and hereby dismiss all claims against all parties with prejudice, with each party to bear their own costs.

Respectfully Submitted,

MEYERKORD & MEYERKORD, L.L.C.

By:____/s/Geoffrey S. Meyerkord_____
Geoffrey S. Meyerkord          #78446MO
Attorney for Plaintiff
1717 Park Avenue
St. Louis, Missouri 63104
Tel. 314-436-9958
Fax. 314-446-4700
 @meyerkordlaw.com


By:____/s/Joel D. Brett_____
Joel D. Brett                  #33471MO
Attorney for Defendants
211 North Third Street
St. Charles, Missouri 63301
Tel. 636-949-2120
Fax. 636-949-8786
 @barklage-brett.com

1

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on December 6, 2012, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Anthony G. Laramore  -   .laramore@archlawyers.com

Joel D. Brett –  @barklage-brett.com


                                            ____/s/Geoffrey S. Meyerkord___